UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Spry, James A. and Carol A.

Case No.: __16-22926-KCF__

Chapter: __7__

Judge: __Kathryn C. Ferguson, Chief Judge__

**NOTICE OF PROPOSED ABANDONMENT**

__Andrea Dobin,__ __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> > Clerk of the U.S. Bankruptcy Court
> > U.S. Courthouse, 1st floor
> > 402 E. State Street
> > Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __January 17, 2017__ at __11:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real estate located at:
> 32 Holly St.
> Somerset, NJ
>
> Valued at $220,000.00

> Liens on property:
>
> Bank of America
> $303,737.00

> Amount of equity claimed as exempt:
>
> $0.00

Objections must be served on, and requests for additional information directed to:

Name:    __Andrea Dobin, Trustee__

Address:    __Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

1

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                 Case No. 16-22926-KCF
James A Spry                                                           Chapter 7
Carol A Spry
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                 Page 1 of 1                  Date Rcvd: Dec 15, 2016
                               Form ID: pdf905             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
db/jdb         James A Spry,    Carol A Spry,    32 Holly St,    Somerset, NJ 08873-3052
516272958      Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
516272959      Bank of America,    Attn: KML Law Group, PC,    216 Haddon Ave Ste 406,
                Westmont, NJ 08108-2812
516272960      Bk of Amer,   450 American St,    Simi Valley, CA 93065-6285
516272961      Bureau of Accounts Con,    PO Box 538,    Howell, NJ 07731-0538
516272962     +First Federal Credit C,    24700 Chagrin Blvd,    Cleveland, OH 44122-5662
516272964      Leonard Yee, DDS,    36 Wills Way,    Piscataway, NJ 08854-3770
516272965      Long Hill Diagnostic LLC,    1272 Long Hill Rd,    Stirling, NJ 07980-1010
516272966     +Oral Surgery Group,    109 Livingston Ave,    New Brunswick, NJ 08901-2496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2016 23:28:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2016 23:28:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516272963      E-mail/Text: bankruptcy@icsystem.com Dec 15 2016 23:29:23      I C System Inc,   PO Box 64378,
                Saint Paul, MN 55164-0378
516417479      E-mail/Text: cio.bncmail@irs.gov Dec 15 2016 23:27:28      Internal Revenue Service,
                200 Sheffield St,    Mountainside, NJ 07092-2314
516417480      E-mail/Text: eft@uognj.com Dec 15 2016 23:27:27      University Orthopaedic Assoc,
                2 Worlds Fair Dr,    Somerset, NJ 08873-1369
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516417478*     I C System Inc,   PO Box 64378,    Saint Paul, MN 55164-0378
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
          Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Arthur L. Skaar, Jr.    on behalf of Debtor James A Spry artskaar@comcast.net,
           G27565@notify.cincompass.com
          Arthur L. Skaar, Jr.    on behalf of Joint Debtor Carol A Spry artskaar@comcast.net,
           G27565@notify.cincompass.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                             TOTAL: 4
```